IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13 CR 54-RJC |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | FACTUAL BASIS DOCUMENT |
| | ) | |
| KENYA KARLEEK SINGLETON | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Factual Basis Document in this case be sealed.

NOW THEREFORE IT IS ORDERED that the Factual Basis Document in this case be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 5 day of June, 2013.

_____
HON. DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE