

**NORTH CAROLINA WESTERN**

MEMORANDUM

**Date:** 12/20/2018

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** William Kozlowski
United States Probation Officer

**Subject:** Kenya Karleek Singleton
Dkt. No. 3:13-CR-00054
REQUEST TO DESTROY SEIZED PROPERTY

---

On 07/28/2014, the defendant was sentenced pursuant to a conviction for Possession of a Firearm by a Convicted Felon. He was ordered to serve 55 months' imprisonment, followed by two (2) years of supervised release. His term of supervised release commenced on 02/17/2017. The following property was seized from the defendant during his supervision term: 1) A cellphone; LG. These items were seized from the defendant's residence on 07/24/2017. His term of supervised release was revoked on 01/05/2018, and he was ordered to serve 21 months' imprisonment with no supervised release to follow. The listed item was used in the furtherance of the defendant's criminal conduct while serving his term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7621, should you have any questions.

THE COURT ORDERS:

X Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

Signed: December 20, 2018

*[signature]*

Robert J. Conrad, Jr.
United States District Judge

_____
Date